# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:05CR306** |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **STEVEN L. SCHRAWYER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the government's motion to continue trial in this matter (Filing No. 28). The government represents that the defendant has no objection to the requested continuance. The motion will be granted to the extent set forth herein.

**IT IS ORDERED:**

1. The government's motion to continue trial in this matter (Filing No. 28) is granted to the extent set forth herein.

2. Trial of this matter is re-scheduled for **December 5, 2005,** before Chief Judge Joseph F. Bataillon and a jury.

DATED this 10th day of November, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge